Certificate Number: 14912-NJ-DE-031350076

Bankruptcy Case Number: 18-22723



14912-NJ-DE-031350076

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 19, 2018</u>, at <u>11:05</u> o'clock <u>AM EDT</u>, <u>Danielle Marazzi</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>July 20, 2018</u>                    By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>