| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Danielle Marazzi* |

| | |
|---|---|
| In Re:<br><br>Danielle Marazzi,<br><br>            Debtor(s). | Case No: 18-22723 (MBK)<br><br>Chapter 13<br><br>Hearing Date:<br><br>ORAL ARGUMENT:<br>REQUESTED,  IF TIMELY<br>OPPOSITION RECEIVED |

## **CERTIFICATE OF SERVICE**

Karina Pia Lucid, of full age, hereby certifies as follows:

1.  I am a member with the law firm of Karina Pia Lucid, Esq., LLC.

2.  On September 8, 2018, the undersigned caused to be served, via CM/ECF, a copy of the Notice of Request for Loss Mitigation, on the parties listed on the annexed service list.

3.  On September 10, 2018, the undersigned caused to be served, via First Class Mail, a copy of the Notice of Request for Loss Mitigation, upon counsel to secured creditors, Pluese Becker & Saltzman, LLC, 20000 Horizon Way Suite 900, Mount Laurel, New Jersey 08054, **Attn: Robert Saltzman, Esq.,** and KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108.

4. I hereby certify under penalty of perjury that the foregoing is true and correct.

          KARINA PIA LUCID, ESQ., LLC
*Counsel for the Debtor(s), Brian M. Schoener and Amy N. Schoener*

   /s/    *Karina Pia Lucid*

Dated: September 11, 2018        Karina Pia Lucid

SERVICE LIST

*Trustee*
**Albert Russo**
*Standing Chapter 13 Trustee*
CN 4853
Trenton, New Jersey 08650
**VIA CM/ECF ONLY**

**Counsel to secured creditor, Bank of New York Mellon**
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Attn:  Jessica Gavin
**VIA CM/ECF AND FIRST-CLASS MAIL**