UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Danielle Marazzi

Case No.:  18-22723

Chapter:  13

Judge:  Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by _____Karina Pia Lucid_____, on _____9/8/2018_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Karina Pia Lucid_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 11, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*