UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Danielle Marazzi

Case No.: 18-22723

Chapter: 13

Judge: Michael B. Kaplan

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by _____Karina Pia Lucid_____, on _____9/8/2018_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Karina Pia Lucid_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 11, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle Marazzi  
    Debtor

Case No. 18-22723-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db          +Danielle Marazzi,    72 King George Road,    Warren, NJ 07059-6957

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
            Albert    Russo     docs@russotrustee.com
            Charles G. Wohlrab     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2005-48T1) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
            Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2005-48T1) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Karina Pia Lucid     on behalf of Debtor Danielle    Marazzi klucid@karinalucidlaw.com,
             R43327@notify.bestcase.com;admin@karinalucidlaw.com
            Rebecca Ann Solarz     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWALT 2005-48T1) rsolarz@kmllawgroup.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6