Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–22723–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Danielle Marazzi
72 King George Road
Warren, NJ 07059

Social Security No.:
xxx–xx–3018

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:   7/23/19
Time:   02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid, Debtor's Attorney

COMMISSION OR FEES
fee: $2931.50

EXPENSES
$200.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 14, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-22723-MBK
Danielle Marazzi                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 14, 2019
                              Form ID: 137             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db           +Danielle Marazzi,    72 King George Road,    Warren, NJ 07059-6957
aty          +Jessica Gavin,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
               Collingswood, NJ 08108-2812
cr           +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
517608728    +Aes/wells Fargo,    Pob 61047,    Harrisburg, PA 17106-1047
517608729     American Express,    PO Box 1270,    Newark, NJ 07101-1270
517642311     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
517608730    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517608731     CAN Capital Asset Servicing,    10 Bank Street, Fl B,    White Plains, NY 10606-1933
517608733    +Castro Home Improvements,    311 West Clinton St.,    Apt. 2,    Dover, NJ 07801-2147
517608734    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
517608736    +EFS Finance Co.,    900 Equitable Buil,    604 Locust Street,    Des Moines, IA 50309-3705
517608735    +Edward Mueller Plumber Heating & Cooling,    1941 Oak Tree Road,    Suite 201,
               Edison, NJ 08820-2069
517608738    +Joseph Laudisi,    58 Estate Point Road,    Toms River, NJ 08753-2046
517608739    +Lecona Tile Pro,    745 Ogden Street,    2nd Floor,    Elizabeth, NJ 07202-2639
517610609    +Luigi Marazzi,    72 King George Rd,    Warren, NJ 07059-6957
517608740    +Modern Limb & Brace Co.,    916 Somerset Street,    Watchung, NJ 07069-6305
517608741    +Morristown Pathology Associates PA,    100 The American Road,    Suite 118,
               Morris Plains, NJ 07950-2443
517669877    +NJCLASS,    POB 548,    Trenton, NJ 08625-0548
517608743    +NJCOSM,    150 North Finley Avenue,    Basking Ridge, NJ 07920-1686
517608742     Nationwide Credit Inc,    PO Box 14581,    Des Moines, IA 50306-3581
517610610    +Olivia Manning-Saez,    13 Orchard Steet,    Bernardsville, NJ 07924-2514
517608745    +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
517608746     PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
517608744    +Paolo Iandiorio and Maria Iandiorio,    c/o PAWAR GILGALLON & RUDY LLC,
               attn: Robert J. Rudy III,    6 South Street, Suite 201,    Morristown, NJ 07960-8108
517608747    +RBVH Hillsborough,    210 Route 206 South,    Hillsborough, NJ 08844-4122
517608748    +RC Electrical Contractors LLC,    6 Cottage Place,    Gillette, NJ 07933-1702
517608750    +RJT Electrical,    133 Dorset Drive,    Clark, NJ 07066-3026
517608749    +Rickart Collection Systems, Inc.,    575 Milltown Road,    P.O. Box 7242,
               North Brunswick, NJ 08902-7242
517927339   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Department of the Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517608753    +State Of NJ Student,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
517608752     State of New Jersey Division of Taxation,    Revenue Processing Center - Payments,    PO Box 111,
               Trenton, NJ 08645-0111
517608754    +Summit Breast Care LLC,    98 Ford Avenue,    Denville, NJ 07834-1374
517740527    +THE BANK OF NEW YORK,    Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables FL 33146-1837
517634211    +THE BANK OF NEW YORK MELLON,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
517608759    +Tancredi Plumbing & Heating Contractors,    PO Box 206,    Basking Ridge, NJ 07920-0206
517636715    +Tancredi Plumbing and Heating Contractors, Inc.,    125 Church St.,
               Basking Ridge, NJ 07920-2911
517608760    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517608761    +The Bank of NY Mellon,    c/o KML Law Group, PC,    216 Haddon Ave., Suite 406,
               Collingswood, NJ 08108-2812
517608762    +The Bernards-Ridge Connection,    PO Box 4081,    Warren, NJ 07059-0081
517608763    +The Bridgewater Connection,    PO Box 4081,    Warren, NJ 07059-0081
517608764    +The Flooring Gallery,    9 Whippanny Road,    Whippany, NJ 07981-1540
518195322     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
517608765    +Ultimate Electric Co.,    105 Voorhees Rd.,    Glen Gardner, NJ 08826-3205
517608766    +WF EFS,    Po Box 84712,    Sioux Falls, SD 57118-4712
517674152     Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 22:38:15     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 22:38:13     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517608732     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 22:44:18     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517608737     E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 22:38:03     IRS Department of the Treasury,
               ACS Support,    PO Box 8208,    Philadelphia, PA 19101-8208
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 137             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517835964      +E-mail/Text: bankruptcy@pseg.com Jun 14 2019 22:37:54        PSE&G,   Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
517608751      +E-mail/Text: clientservices@simonsagency.com Jun 14 2019 22:38:30         Simons Agency Inc,
                 4963 Wintersweet Dr,   Liverpool, NY 13088-2176
517608755      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:14        Syncb/banarepdc,   Po Box 965005,
                 Orlando, FL 32896-5005
517608756      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:14        Syncb/ethan Allen,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
517608757      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:14        Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
517608758      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:14        Syncb/tjx Cos Dc,   Po Box 965015,
                 Orlando, FL 32896-5015
517721713      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 22:44:40         Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NJCLASS
517647241*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
517610608      ##+Kitchens Ltd,   657 Valley Road,   Gillette, NJ 07933-1919
                                                                                  TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-48T1) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-48T1) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Debtor Danielle    Marazzi klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-48T1) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```