**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Danielle Marazzi | Social Security number or ITIN  xxx–xx–3018 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–22723–KCF | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danielle Marazzi

10/16/20                                                                    **By the court:**   Kathryn C. Ferguson
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22723-KCF |
| Danielle Marazzi | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Marazzi, 72 King George Road, Warren, NJ 07059-6957 |
| aty | #+ | Jessica Gavin, KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| cr | + | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517608728 | + | Aes/wells Fargo, Pob 61047, Harrisburg, PA 17106-1047 |
| 517608731 | | CAN Capital Asset Servicing, 10 Bank Street, Fl B, White Plains, NY 10606-1933 |
| 517608733 | + | Castro Home Improvements, 311 West Clinton St., Apt. 2, Dover, NJ 07801-2147 |
| 517608735 | + | Edward Mueller Plumber Heating & Cooling, 1941 Oak Tree Road, Suite 201, Edison, NJ 08820-2069 |
| 517608738 | + | Joseph Laudisi, 58 Estate Point Road, Toms River, NJ 08753-2046 |
| 517608739 | + | Lecona Tile Pro, 745 Ogden Street, 2nd Floor, Elizabeth, NJ 07202-2639 |
| 517610609 | + | Luigi Marazzi, 72 King George Rd, Warren, NJ 07059-6957 |
| 517608740 | + | Modern Limb & Brace Co., 916 Somerset Street, Watchung, NJ 07069-6342 |
| 517608741 | + | Morristown Pathology Associates PA, 100 The American Road, Suite 118, Morris Plains, NJ 07950-2443 |
| 517669877 | + | NJCLASS, POB 548, Trenton, NJ 08625-0548 |
| 517608743 | + | NJCOSM, 150 North Finley Avenue, Basking Ridge, NJ 07920-1686 |
| 517610610 | + | Olivia Manning-Saez, 13 Orchard Steet, Bernardsville, NJ 07924-2514 |
| 517608745 | + | PNC Bank, PO Box 609, Pittsburgh, PA 15230-0609 |
| 517608746 | | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517608744 | + | Paolo Iandiorio and Maria Iandiorio, c/o PAWAR GILGALLON & RUDY LLC, attn: Robert J. Rudy III, 6 South Street, Suite 201, Morristown, NJ 07960-8108 |
| 517608747 | + | RBVH Hillsborough, 210 Route 206 South, Hillsborough, NJ 08844-4122 |
| 517608748 | + | RC Electrical Contractors LLC, 6 Cottage Place, Gillette, NJ 07933-1702 |
| 517608750 | + | RJT Electrical, 133 Dorset Drive, Clark, NJ 07066-3026 |
| 517608749 | + | Rickart Collection Systems, Inc., 575 Milltown Road, P.O. Box 7242, North Brunswick, NJ 08902-7242 |
| 517927339 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517608753 | + | State Of NJ Student, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 517608752 | | State of New Jersey Division of Taxation, Revenue Processing Center - Payments, PO Box 111, Trenton, NJ 08645-0111 |
| 517608754 | + | Summit Breast Care LLC, 98 Ford Avenue, Denville, NJ 07834-1374 |
| 517740527 | + | THE BANK OF NEW YORK, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 517634211 | + | THE BANK OF NEW YORK MELLON, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518733740 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518733741 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517608759 | + | Tancredi Plumbing & Heating Contractors, PO Box 206, Basking Ridge, NJ 07920-0206 |
| 517636715 | + | Tancredi Plumbing and Heating Contractors, Inc., 125 Church St., Basking Ridge, NJ 07920-2911 |
| 517608761 | + | The Bank of NY Mellon, c/o KML Law Group, PC, 216 Haddon Ave., Suite 406, Collingswood, NJ 08108-2812 |
| 517608762 | + | The Bernards-Ridge Connection, PO Box 4081, Warren, NJ 07059-0081 |
| 517608763 | + | The Bridgewater Connection, PO Box 4081, Warren, NJ 07059-0081 |
| 517608764 | + | The Flooring Gallery, 9 Whippanny Road, Whippany, NJ 07981-1540 |
| 518195322 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517608765 | + | Ultimate Electric Co., 105 Voorhees Rd., Glen Gardner, NJ 08826-3205 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 58 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517608729 | EDI: AMEREXPR.COM | Oct 17 2020 01:53:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517642311 | EDI: BECKLEE.COM | Oct 17 2020 01:48:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517608730 | EDI: BANKAMER.COM | Oct 17 2020 01:48:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 517608732 | EDI: CAPITALONE.COM | Oct 17 2020 01:48:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517608734 | + EDI: CITICORP.COM | Oct 17 2020 01:53:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517608736 | + EDI: WFFC.COM | Oct 17 2020 01:53:00 | EFS Finance Co., 900 Equitable Buil, 604 Locust Street, Des Moines, IA 50309-3705 |
| 517608737 | EDI: IRS.COM | Oct 17 2020 01:53:00 | IRS Department of the Treasury, ACS Support, PO Box 8208, Philadelphia, PA 19101-8208 |
| 517608742 | Email/Text: NCI_bankonotify@ncirm.com | Oct 16 2020 21:57:00 | Nationwide Credit Inc, PO Box 14581, Des Moines, IA 50306-3581 |
| 517835964 | + Email/Text: bankruptcy@pseg.com | Oct 16 2020 21:57:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517608751 | + Email/Text: clientservices@simonsagency.com | Oct 16 2020 22:00:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517608755 | + EDI: RMSC.COM | Oct 17 2020 01:48:00 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517608756 | + EDI: RMSC.COM | Oct 17 2020 01:48:00 | Syncb/ethan Allen, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517608757 | + EDI: RMSC.COM | Oct 17 2020 01:48:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517608758 | + EDI: RMSC.COM | Oct 17 2020 01:48:00 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 517608760 | + EDI: CITICORP.COM | Oct 17 2020 01:53:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517721713 | + EDI: AIS.COM | Oct 17 2020 01:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517608766 | + EDI: WFFC.COM | Oct 17 2020 01:53:00 | WF EFS, Po Box 84712, Sioux Falls, SD 57118-4712 |
| 517674152 | EDI: WFFC.COM | Oct 17 2020 01:53:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| | | | |
|---|---|---|---|
| District/off: 0312-3 | | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | | Form ID: 318 | Total Noticed: 58 |

| | | |
|---|---|---|
| cr | | NJCLASS |
| 517647241 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517610608 | ##+ | Kitchens Ltd, 657 Valley Road, Gillette, NJ 07933-1919 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-48T1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-48T1) ewassall@logs.com, njbankruptcynotifications@logs.com |
| Karina Pia Lucid | on behalf of Debtor Danielle Marazzi klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-48T1) rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7